

FILED
MAR 1 2 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

ENTERED
MAR 1 5 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                Deputy Clerk

| In re: | CASE NO.  2:10-bk-19023-VK |
| | CHAPTER   07 |
| **Joseph Matthew Singer** | |
| | **ORDER OF TRANSFER** |
| **Debtor(s)** | |

Upon reviewing the Chapter 7 Voluntary Petition filed on March 11, 2010, which states the debtor's residence of 14352 Miranda Street, Van Nuys, CA 90401.      IT IS HEREBY ORDERED that the above-entitled case, including all adversaries and pleadings, be transferred to the San Fernando Valley Division for all further proceedings.

Dated: 3/12/10

_____
HON.  VICTORIA S. KAUGMAN
U.S. BANKRUPTCY JUDGE

# SERVICE LIST

Parties served by mail or electronically (NEF)

## Service By Mail:

### *Debtor*
Joseph Matthew Singer
14352 Miranda Street
Van Nuys, CA 90401

## Electronic Service (NEF):
David A Gill mlr@dgdk.com, dgill@ecf.epiqsystems.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Jason Wallach jwallach@gladstonemichel.com