# UNITED STATES BANKRUPTCY COURT
## Central District Of California

| | |
|---|---|
| **Debtor(s) Name:**<br><br>Joseph Matthew Singer | **For Court Use Only**<br><br>**FILED**<br><br>March 16, 2010<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY VC DEPUTY CLERK |
| **Chapter:** 7<br><br>**Case Number:** 2:10–bk–19023–VK | **ORDER CLOSING CASE** |

*The above referenced case has been transferred. An order was approved and entered on , and this case is therefore closed.*

*Dated: 3/16/10*                                                               *By Order of the United States Bankruptcy Court*


                                                           **Kathleen J. Campbell**
                                                         *Clerk of Court*

6/ VC