**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)

| UNITED STATES BANKRUPTCY COURT | Central District Of California |
|---|---|

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on March 11, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 255 E. Temple Street, Room 940, Los Angeles, CA 90012.**

NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| Debtor(s) (name(s) and address):<br>Joseph Matthew Singer<br>1158 26th St<br>#243<br>Sta Monica, CA 90403 | **Case Number:**<br>**2:10–bk–19023–VK** |
|---|---|
| All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names):<br>Debtor:<br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: xxx–xx–5098 |
| Attorney for Debtor(s) (name and address):<br>Jason Wallach<br>Gladstone Michel Weisberg Willner Sloane<br>4551 Glencoe Ave Ste 300<br>Marina Del Rey, CA 90292<br>Telephone number:  310–775–8725 | Bankruptcy Trustee (name and address):<br>David A Gill<br>Danning, Gill, Diamond & Kollitz<br>2029 Century Park East, 3rd Floor<br>Los Angeles, CA 90067–2904<br>Telephone number:  (310) 201–2407 |

## Meeting of Creditors

Date:  **April 20, 2010**     Time:  **03:30 PM**
Location:  **725 S Figueroa St., Room 101, Los Angeles, CA 90017**

## Presumption of Abuse under 11 U.S.C. § 707(b)

See *"Presumption of Abuse"* on the reverse side
The presumption of abuse does not arise.

## Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: June 21, 2010**
**Deadline to Object to Exemptions:**  Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So

## Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>255 East Temple Street,<br>Los Angeles, CA 90012<br>Telephone number:  213–894–3118 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kathleen J. Campbell |
|---|---|
| Hours Open:  9:00 AM – 4:00 PM | Date:  March 15, 2010 |
| **(Form rev. 12/09:341–B9A)** | / |

## EXPLANATIONS

B9A (Official Form 9A)(12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Proof of Debtor Identification (ID) and Proof of Social Security Number (SSN) | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state−issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W−2 form, pay stub, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 255 E. Temple Street, Room 940, Los Angeles, CA 90012** . You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the Court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. <br> **SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 725 S. Figueroa Street, 26th Floor, Los Angeles, CA 90017. |

−− **Refer to Other Side for Important Deadlines and Notices** −−

# CERTIFICATE OF NOTICE

```
District/off: 0973-2          User: vlazarteC          Page 1 of 1              Date Rcvd: Mar 15, 2010
Case: 10-19023               Form ID: b9a              Total Noticed: 35
```

The following entities were noticed by first class mail on Mar 17, 2010.
```
db          +Joseph Matthew Singer,   1158 26th St,   #243,   Sta Monica, CA 90403-4698
aty         +Jason Wallach,   Gladstone Michel Weisberg Willner Sloane,   4551 Glencoe Ave Ste 300,
             Marina Del Rey, CA 90292-7925
tr          +David A Gill,   Danning, Gill, Diamond & Kollitz,   2029 Century Park East, 3rd Floor,
             Los Angeles, CA 90067-2901
smg          Employment Development Dept.,   Bankruptcy Group MIC 92E,   P.O. Box 826880,
             Sacramento, CA  94280-0001
smg          Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA  90053-0200
ust         +United States Trustee (LA),   725 S Figueroa St., 26th Floor,   Los Angeles, CA 90017-5524
25878171    +ADVANCED VERERINARY CARE CENTER,   C/O ROBINSON & ASSOCIATES,   1612 BEVERLY BLVD,
             LOS ANGELES, CA 90026-5711
25878172    +APNI,   PO BOX 3097,   BLOOMINGTON, IL 61702-3097
25878173    +BEVERLY RADIOLOGY TOWER ROX,   C/O GRANT & WEBER,   26575 WEST AGOURA ROAD,
             CALABASAS, CA 91302-1958
25878174    +BODIES IN MOTION,   C/O ALLIED COLLECTION,   7120 HAYVENHURST AVE #203,   VAN NUYS, CA 91406-3813
25878175    +CBE GROUP INC,   PO BOX 900,   WATERLOO, IA 50704-0900
25878176    +CEDARS-SINAI IMAGING MED GROUP,   PO BOX 5667,   ORANGE, CA 92863-5667
25878177    +CEDARS-SINAI LAB SERVICES,   PO BOX 60109,   LOS ANGELES, CA 90060-0109
25878179    +CEDARS-SINAI MEDICAL CENTER,   1801 WEST OLYMPIC BLVD,   PASADENA, CA 91199-0001
25878178    +CEDARS-SINAI MEDICAL CENTER,   8700 BEVERLY BLVD,   LOS ANGELES, CA 90048-1865
25878180    +CMRE FINANCIAL,   3075 EAST IMPERIAL HWY #200,   BREA, CA 92821-6753
25878181     DIRECT TV,   1131 TOWER PARK DR,   WATERLOO, IA 50704
25878183    +GENERAL ANESTHESIA SPECIALISTS,   3530 WILSHIRE BLVD #350,   LOS ANGELES, CA 90010-2335
25878169     GLADSTONE MICHEL WEISBERG WILLNER & SLOANE, ALC,   4551 Glencoe Avenue Suite 300,
             Marina del Rey, CA 90292-7925
25878184    +GMAC,   PO BOX 78234,   PHOENIX, AZ 85062-8234
25878185    +GRANT & WEBER,   26575 WEST AGOURA ROAD,   CALLABASAS, CA 91302-2975
25878168    +JOSEPH MATTHEW SINGER,   1158 26TH STREET #243,   SANTA MONICA, CA 90403-4698
25878187    +LANDMARK IMAGING MEDICAL,   PO BOX 5607,   ORANGE, CA 92863-5607
25878188    +LAWRENCE HOPP MD,   C/O MODERN ADJUSTMENT BUREAU,   6226 VINELAND AVENUE,
             NORTH HOLLYWOOD, CA 91606-3758
25878189    +MINK RADIOLOGIC IMAGING,   8670 WILSHIRE BLVD,   BEVERLY HILLS, CA 90211-2924
25878190    +NCO FINANCIAL SERVICES,   507 PRUDENTIAL AVENUE,   HORSHAM, PA 19044-2368
25878191    +PROGRESSIVE MGMT SYSTEMS,   1521 WEST CAMERON AVENUE FL1,   WEST COVINA, CA 91790-2738
25878192    +SEQUOIA FINANCIAL SERVICES,   500 NORTH BRAND BLVD,   GLENDALE, CA 91203-1923
25878170    +US TRUSTEE,   SUITE 115,   21051 WARNER CENTER LANE,   WOODLAND HILLS, CA 91367-6550
25878193    +VERIZON CALIFORNIA INC,   C/O PALISADES COLLECTION,   210 SYLVAN AVENUE,
             ENGLEWOOD, NJ 07632-2524
25878195     WANU/ CHASE,   279 PARK AVENUE 12TH FLOOR,   NEW YORK, NY 10017
```

The following entities were noticed by electronic transmission on Mar 16, 2010.
```
tr          +EDI: QDAGILL.COM Mar 15 2010 21:38:00    David A Gill,   Danning, Gill, Diamond & Kollitz,
             2029 Century Park East, 3rd Floor,   Los Angeles, CA 90067-2901
smg          EDI: CALTAX.COM Mar 15 2010 21:43:00    Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
             Sacramento, CA  95812-2952
25878182     EDI: CALTAX.COM Mar 15 2010 21:43:00    FRANCHISE TAX BOARD,   BANKRUPTCY UNIT,   PO BOX 2952,
             SACRAMENTO, CA 95812-2952
25878186     EDI: IRS.COM Mar 15 2010 21:38:00    INTERNAL REVENUE SERVICE,   PO BOX 21126,
             PHILADELPHIA, PA 19114
25878194    +EDI: AFNIVZCOMBINED.COM Mar 15 2010 21:38:00    VERIZON INC,   140 WEST STREET,
             NEW YORK, NY 10007-2123
                                                                                          TOTAL: 5
```

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 17, 2010**                    **Signature:**   _Joseph Speetjens_